STATE OF CONNECTICUT *v.* EDILBERTO JURADO

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 920 (AC 13144), is denied.

*Richard S. Cramer,* in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided June 1, 1995

HOWARD MEEHAN *v.* BOARD OF EDUCATION OF THE TOWN OF EAST LYME

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 922 (AC 13441), is denied.

*Barry Ward,* in support of the petition.

*Kenneth J. McDonnell,* in opposition.

Decided June 1, 1995

STATE OF CONNECTICUT *v.* KEIJAM TUCKER

The defendant's petition for certification for appeal from the Appellate Court (AC 14468) is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

Decided June 2, 1995